MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

MAYER BROWN LLP
A. JOHN P. MANCINI
(admitted *pro hac vice* )
jmancini@mayerbrown.com
VANESSA M. BIONDO
(admitted *pro hac vice*)
vbiondo@mayerbrown.com
KATIE E. FERNANDEZ
(admitted *pro hac vice*)
kfernandez@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile:  (212) 262-1910

Attorneys for Plaintiffs
D.LIGHT DESIGN, INC. and
D.LIGHT DESIGN, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| D.LIGHT DESIGN, INC. and D.LIGHT DESIGN, LTD.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BOXIN SOLAR CO., LTD.; QINGDAO SUNFLARE NEW ENERGY CO. LTD.; SKONE LIGHTING CO., LTD.; BEIHAI CITY YAST ELECTRIC APPLIANCE CO. LTD.; CIXI DAY & NIGHT GROUP LIMITED; DONGGUAN SUPERB SOLAR CO. LTD.; SHENZHEN POWER-SOLUTION IND. CO., LTD.; SAILING MOTOR CO., LTD.; GUANGDONG YINHE MOTOR GROUP CO. LTD.; AND GUANGZHOU LF SKY ENERGY TECHNOLOGY CO., LTD.<br><br>　　　　　Defendants. | Case No. C-13-5988 EMC<br><br>**[PROPOSED] ORDER RELEASING  BOND PAYMENT TO PLAINTIFFS D.LIGHT DESIGN, INC. AND D.LIGHT DESIGN, LTD.** |

PROPOSED ORDER
CASE NO. C-13-5988 EMC

On December 1, 2015, the Court entered an order granting Plaintiffs' d.light design, Inc. and d.light design, Ltd. (collectively, "d.light" or "Plaintiffs") Motion for Default Judgment (Dkt. 173), and issued a Final Judgment in accordance with that ruling. Dkt. 174. Prior to the resolution of this matter, Plaintiffs posted a bond in the amount of $5,000 in order to secure preliminary injunctive relief against the Defendants. Dkt. 69 (reflecting the Court's receipt of $5,000 from Plaintiffs).

Accordingly, the Court HEREBY ORDERS:

1. The $5,000 bond provided by Plaintiffs to the Court to secure preliminary injunctive relief be promptly released to counsel for Plaintiffs.

IT IS SO ORDERED.

Dated:   1/27/16



_____
EDW[ARD M. CHEN]
United [States District Judge]

1